DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ORACLE ELEVATOR COMPANY,** a Florida Corporation,
Appellant,

v.

**COX RADIO, INC.** a/k/a **COX MEDIA GROUP MIAMI,**
**LAZARO MENDEZ,** and **JOETTE MENDEZ,**
Appellees.

No. 4D21-3012

[December 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE17-005967(12).

Adrianna de la Cruz-Munoz, Peter D. Weinstein, and Michael A. Rosenberg of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Jessica L. Gross and Constantine G. Nickas of Wicker Smith O'Hara McCoy & Ford, P.A., Coral Gables, for appellee Cox Radio Inc. a/k/a Cox Media Group Miami.

Douglas F. Eaton of Eaton & Wolk, P.L., Miami, for appellees Lazaro Mendez and Joette Mendez.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*